IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br>v.<br><br>MEDIATEK INC., MEDIATEK USA INC., BROADCOM PTE. LTD., BROADCOM CORPORATION, LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., NXP SEMICONDUCTORS N.V., NXP B.V., NXP USA, INC., QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC.<br>,<br><br>   Defendants. | Civil Action No.: 6:18-CV-339<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD. AND LENOVO GROUP, LTD. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff American Patents LLC moves the Court to extend the time with which Defendants Lenovo (Shanghai) Electronics Technology Co. Ltd. and Lenovo Group, Ltd. (hereinafter "the Lenovo Defendants"), are required to move, answer or otherwise respond to Plaintiff's Complaint. In so doing, Defendants would not waive any defenses described or referred to in Rule 12 F.R.C.P. In support of this Motion, the Plaintiff states as follows:

1. On November 14, 2018, Plaintiff filed its Complaint alleging patent infringement against the Lenovo Defendants.

2. The Lenovo Defendants seek an extension of time to answer or otherwise respond to Plaintiff's Original Complaint to review the complaint and analyze the issues related to

responding to the Complaint by motion, answer or otherwise.

3. WHEREFORE, Plaintiff American Patents LLC respectfully requests that the time in which the Lenovo Defendants are required to move, answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement be extended to and include January 24, 2019.

Dated: January 3, 2019                                    Respectfully submitted,

By: /s/ *Stafford Davis*
Stafford Davis
sdavis@stafforddavisfirm.com
Catherine Bartles (*not yet admitted*)
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

Matthew J. Antonelli (*not yet admitted*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*not yet admitted*)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*not yet admitted*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney (*not yet admitted*)
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP

        4306 Yoakum Blvd., Ste. 450
        Houston, TX 77006
        (713) 581-3000

        *Attorneys for American Patents LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of January, 2019.

By: /s/ *Stafford Davis*
Stafford Davis