IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDIATEK INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 6:18-CV-339-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

After having considered Plaintiff's Opposed Motion for Leave to File a Sur-Reply to Defendants Lenovo (Shanghai) Electronics Technology Co., Ltd. and Lenovo Group Ltd.'s Motion to Sever and Stay Pursuant to the Customer-Suit Exception Doctrine (Dkt. 82), the Court hereby **ORDERS** that such motion be, and hereby is, **GRANTED**.

**SIGNED** this ___ day of _____, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1