IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIATEK INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 6:18-cv-339<br><br>JURY TRIAL DEMANDED |

**OPPOSED MOTION FOR ENTRY OF FORM PROTECTIVE ORDER**

Plaintiff American Patents LLC respectfully submits this Motion for Entry of Protective Order to allow for disclosure of confidential information to technical experts and consultants while protecting both parties' confidential information.

The Court may enter appropriate protective orders to restrict access to confidential information. *See* Fed. R. Civ. P. 26(c)(1)(G).  The Local Rules provide that "[u]pon motion by any party demonstrating good cause, the court may enter a protective order in the form set out in Appendix H or any other appropriate form. In cases where the parties agree to a protective order, the form set out in Appendix H is approved."  Local Rule CV-26(c).

American believes that Appendix H is more than sufficient to protect all parties' confidential information.  American thus moves the Court to enter a protective order in the form of Appendix H to the Local Rules.  (**Exhibit A** to this motion is a version of Appendix H that has been modified only to add the case caption and to reflect that this is an opposed, not joint, motion.)

Good cause exists to enter the Court's form protective order (i.e., Appendix H) in this case at least because it sets forth a procedure for allowing experts and consultants to review confidential information and otherwise presents a presumptively "appropriate" set of protections

for the parties' confidential information. *See* Local Rule CV-26(c). Good cause also exists because on August 30 Defendants must produce, among other things, their technical documents showing the operation of the accused products. Dkt. 121 at 2. Plaintiff needs its technical experts and consultants to have access to those documents to assist Plaintiff in preparing for the claim construction process, which begins shortly thereafter.

    Plaintiff has conferred with defendants, who state that they oppose this motion and will submit their own protective order at some point in the future.

Dated: August 12, 2019           Respectfully submitted,

        */s/ Larry D. Thompson, Jr.*
        Matthew J. Antonelli (*admission pending*)
        Texas Bar No. 24068432
        matt@ahtlawfirm.com
        Zachariah S. Harrington (lead attorney)
        Texas Bar No. 24057886
        zac@ahtlawfirm.com
        Larry D. Thompson, Jr.
        Texas Bar No. 24051428
        larry@ahtlawfirm.com
        Christopher Ryan Pinckney (*admission pending*)
        Texas Bar No. 24067819
        ryan@ahtlawfirm.com
        Michael D. Ellis
        Texas Bar No. 24081586
        michael@ahtlawfirm.com

        ANTONELLI, HARRINGTON
        & THOMPSON LLP
        4306 Yoakum Blvd., Ste. 450
        Houston, TX 77006
        (713) 581-3000

        Stafford Davis
        State Bar No. 24054605
        sdavis@stafforddavisfirm.com
        Catherine Bartles
        Texas Bar No. 24104849
        cbartles@stafforddavisfirm.com
        THE STAFFORD DAVIS FIRM

The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*